**DISMISS and Opinion Filed October 29, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-24-01216-CR
### No. 05-24-01217-CR

---

**MARK LI DUVALL, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-83581-2018, 366-80093-2020**

---

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Goldstein
Opinion by Chief Justice Burns

Mark Li Duvall appeals his convictions for failing to comply with the sex offender registration requirements. Pursuant to a plea bargain, the trial court sentenced appellant to ten years' imprisonment. Appellant filed his notice of appeal sixteen months after his conviction. We dismiss the appeal for want of jurisdiction.

A defendant perfects his appeal by timely filing a written notice of appeal with the trial court clerk. *See* TEX. R. APP. P. 25.2(c). To be timely, the notice of appeal must be filed within thirty days after the date sentence was imposed or within ninety days after sentencing if the defendant timely filed a motion for new trial. *See* TEX.

R. APP. P. 26.2(a). The Rules of Appellate Procedure allow the time to file a notice of appeal to be extended if the party files, within fifteen days of the filing deadline, the notice of appeal in the trial court and a motion to extend the time to file the notice of appeal in the court of appeals. *See* TEX. R. APP. P. 10.5(b), 26.3. In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal for lack of jurisdiction. *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

The judgments of conviction show the trial court imposed sentence on May 4, 2023. Therefore, appellant's notice of appeal was due—at the latest—August 17, 2023. Appellant filed his notice of appeal on October 14, 2024. Because appellant's notice of appeal was untimely, we lack jurisdiction over these appeals.

We dismiss these appeals for want of jurisdiction.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

241216F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK LI DUVALL, Appellant

No. 05-24-01216-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas Trial Court Cause No. 366-83581-2018.
Opinion delivered by Chief Justice Burns. Justices Reichek and Goldstein participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered October 29, 2024



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARK LI DUVALL, Appellant

No. 05-24-01217-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas Trial Court Cause No. 366-80093-2020.

Opinion delivered by Chief Justice Burns. Justices Reichek and Goldstein participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered October 29, 2024